

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2014

No. 04-14-00145-CV

**IN THE GUARDIANSHIP ESTATE OF MARIA I. RODRIGUEZ**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2010-PC-2639
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

The reporter's record in this appeal was filed on April 14, 2014. Appellant's brief is due May 16, 2014. On April 29, 2014, appellant, who is pro se on appeal, filed a "Motion to Supplement Record and Extend Time to File Appellant's Brief," in which he states he needs "the court reporter's record of the hearing in which the court directed that the sureties needed to be joined . . . ." Appellant asks that his deadline to file his brief be extended.

The request for an extension of time to file appellant's brief is GRANTED and the brief is due thirty (30) days from the date the supplemental reporter's record is filed.

However, appellant is hereby ORDERED to (1) request in writing, no later than May12, 2014, that a supplemental reporter's record be prepared and (2) designate in writing, no later than May12, 2014, the exhibits and those portions of the record to be included in the supplemental reporter's record. *Id.* The appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than May12, 2014.

It is further ORDERED that appellant provide written proof to this court no later than May12, 2014 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a supplemental reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2014.



Keith E. Hottle
Clerk of Court